IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| ROBERT D. HINSON | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO.  1:22-CV-258 |
| ZENA STEPHENS, ET AL. | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Robert D. Hinson, a prisoner confined at the Jefferson County Jail, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Zena Stephens, Captain Minter, and Captain Morris.

The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. On November 1, 2023, the magistrate judge recommended denying Plaintiff's First Motion for Default Judgment.

The Court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence.  Proper notice was given to Petitioner at his last known address.  *See* FED. R. CIV. P. 5(b)(2)(C).  After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

**SIGNED this 30th day of May, 2024.**

Michael J. Truncale
United States District Judge

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of United States Magistrate Judge [Dkt. 19] is ADOPTED. Plaintiff's First Motion for Default Judgment [Dkt. 18] is DENIED.

**SIGNED this 30th day of May, 2024.**

Michael J. Truncale
United States District Judge