IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ROBERT D. HINSON | § | |
| VS. | § | CIVIL ACTION NO. 1:22-CV-258 |
| ZENA STEPHENS, ET AL. | § | |

### ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Robert D. Hinson, a prisoner confined at the Jefferson County Correctional Facility, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Zena Stephens, Captain Minter, and Captain Morris.  Defendant Stephens is the Sheriff of Jefferson County, Texas, and Defendants Minter and Morris are employed at the Jefferson County Correctional Facility.

The Court ordered that this matter be referred to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this Court.  The magistrate judge recommends dismissing the action pursuant to 28 U.S.C. § 1915(e) as frivolous and for failure to state a claim upon which relief may be granted.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, filed pursuant to such order, along with the record and the pleadings.  Plaintiff filed objections to the Report and Recommendation.

The Court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law.  *See* FED. R. CIV. P. 72(b).  After careful consideration of all the pleadings and the relevant case law, the Court concludes the objections are without merit.  Most of Plaintiff's

claims concern the alleged violations of the constitutional rights of other prisoners, which Plaintiff does not have standing to raise on their behalf.  Because Plaintiff has not alleged that any of the named Defendants were personally involved in violating Plaintiff's constitutional rights, this civil rights action is frivolous and fails to state a claim.

## ORDER

Accordingly, Plaintiff's objections [Dkt. 23] are OVERRULED.  The findings of fact and the conclusions of law of the magistrate judge are correct, and the report and recommendation of the magistrate judge [Dkt. 22] is ADOPTED.  A final judgment will be entered in accordance with the magistrate judge's recommendation.

**SIGNED this 10th day of September, 2024.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge